■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v JOSHUA KNIGHTS, Defendant. [958 NYS2d 621]—Application by the

defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from two judgments of the Supreme Court, Kings County, both rendered July 13, 2010.

Ordered that the application is denied.

The defendant has not established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Dillon, J.P., Angiolillo, Dickerson and Hinds-Radix, JJ., concur.